**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GERALD D. DANIELS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1714-R** |
| | ) | |
| **SCOTT TINSLEY, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

This action is before the Court for review of the Report and Recommendation [Doc. No. 9] issued by United States Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Stephens recommends that the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 [Doc. No. 1] be dismissed for lack of jurisdiction because Petitioner has not received permission to file a second or successive habeas petition. Petitioner[1] filed a timely Objection [Doc. No. 7] which obligates the Court to undertake a de novo review of those portions of the Report to which a specific objection is made.

In his Report, Judge Stephens explained that this is Petitioner's third § 2254 habeas petition challenging his conviction and sentence, he has not received prior authorization from the Tenth Circuit to file a second or successive habeas petition, and the denial of his request for resentencing under a state statute does not provide a basis for federal habeas

[1] Because Petitioner is proceeding pro se, the Court liberally construes his filings but does not act as his advocate. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

relief. Petitioner's Objection presents no persuasive argument or authority that would cause this Court to reject Judge Stephens' analysis and conclusions.

Accordingly, upon de novo review, the Report and Recommendation [Doc. No. 6] is ADOPTED and, for the reasons stated in the Report, this action is DISMISSED for lack of jurisdiction. The Court further concludes that Petitioner has not met the standard for issuance of a Certificate of Appealability and a Certificate of Appealability is therefore denied.

IT IS SO ORDERED this 6th day of August, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**